HENRY HALL SONS' COMPANY, Respondent, *v.* SUND-STROM & STRATTON COMPANY, Appellant.

*Hall Sons' Co.* v. *Sundstrom & Stratton Co.*, 138 App. Div. 548, affirmed.

(Submitted February 1, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover damages alleged to have been occasioned plaintiff's property through negligence in blasting by defendant.

*Abram F. Servin* for appellant.

*M. N. Kane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.